No. 92–5355.   BAGBY v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 92–5356.   WHITE v. JAMISON ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 92–5357.   SMITH v. SCOTT ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 92–5358.   CORDERO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 92–5361.   THOMAS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 92–5362.   KANIOS v. BAKER, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 92–5363.   JONES v. UNTHANK ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 92–5364.   FITZGERALD v. ARMONTROUT.   C. A. 8th Cir.   Certiorari denied.

No. 92–5365.   HARDIN ET UX. v. WEST VIRGINIA.   Cir. Ct. Harrison County, W. Va.   Certiorari denied.

No. 92–5369.   MCMANN v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 92–5370.   RODRIGUEZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 92–5371.   ROMANO v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 92–5372.   RIOS v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 92–5373.   MARTINEZ-VILLAREAL v. ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.

No. 92–5374.   LUCIEN v. PREINER.   C. A. 7th Cir.   Certiorari denied.

No. 92–5375.   VISCIOTTI v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.